IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEVAUGHN MALIK DAVIS,

        Appellant,

v.

Case No.  5D21-2138
LT Case No. 2019-CF-001693-A-O

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed April 12, 2022

Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard Alexander Pallas,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, HARRIS and TRAVER, JJ., concur.